JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYAHTEE TEASLEY, | Case No. 2:21-cv-00120-JGB-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALEX VILLANUEVA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: October 29, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE